# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LINDSEY J. TOMPKINS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 20-0569-WS-MU |
| | ) |
| **N.C.W.C., INC.,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead (doc. 3). The court file reflects that defendants' Notice of Removal (doc. 1) was filed on November 25, 2020, such that their answer(s) or other responsive pleading(s) were due on or before December 2, 2020. In their timely Motion, defendants now request a two-week enlargement of that deadline. As grounds for their Motion, defendants state that the parties are exploring potential early resolution of the matter, that plaintiff may see fit to amend her Complaint shortly, and that the requested extension would allow defendants to investigate these topics further and conserve resources in the interim.

Given opposing counsel's acquiescence to the request and the absence of any indication of a dilatory motive or improper purpose, the Court in its discretion **grants** the Motion for Extension of Time. Defendants must file their answer(s) or Rule 12(b) motion(s) in response to the Complaint on or before **December 16, 2020**.

DONE and ORDERED this 3rd day of December, 2020.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE